UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CR-PAINE

UNITED STATES OF AMERICA        CASE NO. _____
                                21 USC 846
                                21 USC 841(a)(1)
                                18 USC 2

v.                              MAGISTRATE JUDGE LYNCH

EDWARD CLIFFORD DAMES, and      INDICTMENT
ANTHONY E. WILSON

_____/

The Grand Jury charges that:

## COUNT I

On or about December 29, 1997, at Martin County, in the Southern District of Florida, the defendants,

EDWARD CLIFFORD DAMES,
and
ANTHONY E. WILSON,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in the form of cocaine base, commonly known as crack cocaine; in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

<u>COUNT II</u>

On or about December 29, 1997, at Martin County, in the Southern District of Florida, the defendants,

EDWARD CLIFFORD DAMES,
and
ANTHONY E. WILSON,

did knowingly and intentionally possess with intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine in the form of cocaine base, commonly known as crack cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
CAROL A. WILKINSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY***
EDWARD CLIFFORD DAMES, et al.     **Related Case Information**:

| | | |
|---|---|---|
| SUPERSEDING | Yes ___ | No ___ |
| New Defendant(s) | Yes ___ | No _X_ |
| Number of New Defendants | ___ | |
| Total number of counts | ___ | |

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL      ___ WPB  _X_ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:          (Yes or No)     _No_____
   List language and/or dialect  _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   | I   | 0 to 5 days       | _x_ | Petty   | ___ |
   | II  | 6 to 10 days      | ___ | Minor   | ___ |
   | III | 11 to 20 days     | ___ | Misdem. | ___ |
   | IV  | 21 to 60 days     | ___ | Felony  | _X_ |
   | V   | 61 days and over  | ___ |         |     |

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order) Indictment

   Has a complaint been filed in this matter? (Yes or No) _YES_____
   If yes:
   Magistrate Case No.  __97-075-FJL_____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

7. This case originated in the U.S. Attorney's office prior to August 16, 1985
   (Yes or No) _NO_____

                                   _____Carol A. Wilkinson_____
                                   CAROL A. WILKINSON
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Florida Bar No. A5500089

*Penalty Sheet(s) attached                                    REV.12/12/96

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   Edward Clifford Dames           No.:

**Count #: One**
Conspiracy to possess with intent to distribute crack cocaine

*Max. Penalty:   5 years to 40 years confinement; $2 million fine

**Count #:   Two**

Possession with intent to distribute crack cocaine
*Max. Penalty: 5 years to 40 years confinement; $2 million fine

**Count #:**


*Max. Penalty:
**Count #:**


*Max. Penalty:
**Count #:**


*Max. Penalty:
**Count #:**


*Max. Penalty:
**Count #:**


*Max. Penalty:
**Count #:**


*Max. Penalty:
**Count #:**


*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: Anthony F. Wilson        No:

**Count #: One**
Conspiracy to possess with intent to distribute crack cocaine

*Max. Penalty:  5 years to 40 years confinement; $2 million fine
**Count #:  Two**

Possession with intent to distribute crack cocaine
*Max. Penalty: 5 years to 40 years confinement; $2 million fine
**Count #:**


*Max. Penalty:
**Count #:**


*Max. Penalty:
**Count #:**


*Max. Penalty:
**Count #:**


*Max. Penalty:
**Count #:**


*Max. Penalty:
**Count #:**


*Max. Penalty:
**Count #:**


*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

## BOND RECOMMENDATION

DEFENDANT: <u>EDWARD CLIFFORD DAMES</u>

Bond: <u>no bond</u> is recommended as to defendant.

*(signature)*
CAROL A. WILKINSON
ASSISTANT UNITED STATES ATTORNEY

## BOND RECOMMENDATION

DEFENDANT: <u>ANTHONY E. WILSON</u>

Bond: <u>  no bond  </u> is recommended as to defendant.

*Carol A. Wilkinson*
CAROL A. WILKINSON
ASSISTANT UNITED STATES ATTORNEY